**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30402 |
| Plaintiff - Appellee, | D.C. No. 6:12-cr-00011-DLC |
| v. | |
| SHAWN BRIAN ELTRINGHAM, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted December 17, 2013[**]

Before:    GOODWIN, WALLACE, and GRABER, Circuit Judges.

Shawn Brian Eltringham, Jr., appeals from the district court's judgment and

challenges his guilty-plea conviction and 24-month sentence for distribution of

methamphetamine, in violation of 21 U.S.C. § 841(a), (b)(1)(C).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Eltringham's counsel has filed a brief

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief. We have provided Eltringham the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Eltringham's request for a remand is denied. *See United States v. Ruiz*, 536 U.S. 622, 633 (2002) ("[T]he Constitution does not require the Government to disclose material impeachment evidence prior to entering a plea agreement with a criminal defendant.").

**AFFIRMED**.